IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HAYWARD DEMISON                                                                      PLAINTIFF

VS.                       CASE NO. 4:06CV01264 HLJ

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                              DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 27th day of March, 2008.


_____
UNITED STATES MAGISTRATE JUDGE